UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCUS T. REUM, SR.,

        Petitioner,

v.

GIG HARBOR MUNICIPAL COURT,

        Respondent.

CASE NO. C21-5072 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's *in forma pauperis* motion, Dkt. 5, is **DENIED**;

(3) This action is **DISMISSED with prejudice**;

(4) This case is closed; and

\

\

\

(5) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable J. Richard Creatura.

Dated this 22nd day of June, 2021.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge